# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| United States of America )<br>vs. )<br>Claudia Mata ) | Case No. 1:06-CR-33 OWW |

**FILED JUN 22 2006 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA DEPUTY CLERK**

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Claudia Mata_____, have discussed with _____Dan Stark_____, Pretrial Services Officer, modifications of my release conditions as follows:

Vacate the following condition: The defendant shall participate in the following home confinement program components and abide by all the requirements of the program which will include passive GPS tracking. **HOME DETENTION:** You are restricted to your residence at all times except for employment; attorney visits; court appearances, and court-ordered obligations as approved in advance by the Pretrial Services Officer.

All other terms and conditions of release, not in conflict, remain in full force and effect.

I consnt to this modification of my release conditions and agree to abide by this modification.; education;

_____ 6-22-06       _____ 6-22-2006
Signature of Defendant       Date              Pretrial Services Officer       Date

I have reviewed the conditions and concur that this modification is appropriate.

_____       6/22/06
Signature of Assistant United States Attorney       Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____       6-22-06
Signature of Defense Counsel       Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on _forthwith_.
☐ The above modification of conditions of release is *not* ordered.

_____       June 22, 2006
Signature of Judicial Officer       Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services