DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CLAUDIA MATA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-00033 OWW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING DATE AND ORDER THEREON |
| v. | ) ) | |
| CLAUDIA MATA, Et al., | ) | Date: December 5, 2006 |
| | ) | Time: 9:00 A.M. |
| Defendants. | ) | Judge: Hon. Oliver W. Wanger |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Assistant United States Attorney Virna L. Santos, counsel for plaintiff, and Assistant Federal Defender Francine Zepeda, counsel for defendant Claudia Mata, that **the status conference hearing in the above-captioned matter now set for October 31, 2006, may be continued to December 5, 2006, at the hour of 9:00 a.m., in Courtroom Three of the above-entitled court.**

The continuance is at the request of defense counsel to provide her additional time to finalize the plea agreement in this matter prior to hearing.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                   McGREGOR W. SCOTT
                                                   United States Attorney

DATED: October 26, 2006                    By:   /s/  Virna L. Santos
                                                       VIRNA L. SANTOS
                                                       Assistant United States Attorney
                                                       Attorney for Plaintiff

                                                 DANIEL J. BRODERICK
                                                 Federal Public Defender

DATED: October 26, 2006                    By:  /s/ Francine Zepeda
                                                      FRANCINE ZEPEDA
                                                      Assistant Federal Defender
                                                      Attorneys for Defendant
                                                      CLAUDIA MATA

## **O R D E R**

**IT IS SO ORDERED.**  The status conference hearing as to defendant Claudia Mata is hereby continued to December 5, 2006, at 9:00 A.M.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

     IT IS SO ORDERED.

**Dated:   October 26, 2006**            **/s/ Oliver W. Wanger**
emm0d6                                        UNITED STATES DISTRICT JUDGE