1  DANIEL J. BRODERICK, #89424
Federal Defender
2  FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
3  Designated Counsel for Service
2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
Telephone: (559) 487-5561
5
Attorney for Defendant
6  CLAUDIA MATA

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 1:06-cr-00033 OWW
                                       )
12              Plaintiff,             )
                                       )
13         v.                          )   ***REVISED* APPLICATION FOR ORDER**
                                       )   **EXONERATING BOND AND FOR RETURN**
14  CLAUDIA MATA,                      )   **OF CASH BOND;  ORDER**
                                       )
15              Defendants.            )   Honorable Oliver W. Wanger
                                       )
16  ————————————————————————————       )

17

18         Defendant Claudia Mata, hereby moves this court for an order to exonerate the bond and return

19  the cash bond posted in the above-captioned case.

20         On January 27, 2006, Ms. Mata  appeared  before this court regarding an criminal complaint.

21  She was ordered released from custody under the supervision of Pretrial Services and a $5,000 cash bond.

22  (Dkt. #17)  The $5,000 cash bond was posted on January 27, 2006, Receipt #100202990.  (Dkt. #12)

23         Ms. Mata entered a guilty plea and was sentenced by the Court.  She was ordered to surrender for

24  service of her sentence on September 6, 2007.  Ms. Mata did self surrender to the Federal Correctional

25  Institution, Dublin, California on September 6, 2007, as required.  *See Bureau of Prisons Inmate Custody*

26  *Locator, attached as Exhibit 1*.

27  ///

28  ///

1    As Claudia Mata has met the conditions required by this court in this matter, and she has self

2    surrendered to the BOP facility as required by the Court, she requests that the court exonerate the bond and

3    return the cash bond of $5,000 posted be returned to Marina Mata at 3317 Mount Vernon, Bakersfield, CA

4    93306.

5    DATED: September 7, 2007

6                                                            DANIEL J. BRODERICK
                                                            Federal Public Defender

7

8                                                             /s/  Francine Zepeda
                                                            FRANCINE ZEPEDA
9                                                            Assistant Federal Defender
                                                            Attorneys for Defendant
10                                                           Claudia Mata

11

12

13

14                                    **[PROPOSED] ORDER**

15    **IT IS HEREBY ORDERED** that the bond in the above-captioned case be exonerated and cash

16    bond be reconveyed to Marina Mata.

17    DATED: September ____, 2007

18
                                                            _____
19                                                          OLIVER W. WANGER, Senior Judge
                                                            United States District Court
                                                            Eastern District of California
20   IT IS SO ORDERED.

21   **Dated:    September 7, 2007**                    __/s/ **Oliver W. Wanger**____
                                                            UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28   Application for Order Exonerating Bond and
     for Return of Cash Bond; [Proposed] Order            2